Cedric R. PERRY, doing business
as Perry, Anthony & Sosna,
Plaintiff–Appellant,

v.

INTERNAL REVENUE SERVICE;
Department of the United States
Treasury, Defendants–Appellees.

No. 07–1018.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 13, 2007.

Decided: July 26, 2007.

Cedric R. Perry, Appellant Pro Se. Richard L. Parker, United States Department of Justice, Washington, D.C., for Appellees.

Before WILLIAMS, Chief Judge, and MICHAEL and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedric R. Perry, d/b/a Perry, Anthony & Sosna, appeals the district court's order dismissing his complaint without prejudice for failure to properly serve the defendant government agencies as required by Fed. R.Civ.P. 4(i). We have reviewed the briefs and the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perry v. IRS,* No. 5:05–cv–00843–D (E.D.N.C. Oct. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*